# EXHIBIT 2

September 22, 2021 Notice of Intent Letter, USPS Certified Mail Return Receipt, and Electronic Delivery Confirmation



1000 Vermont Avenue NW
Suite 1100
Washington, DC 200005
Main: 202-296-8800
Fax: 202-296-8822
www.environmentalintegrity.org

*Via Certified Mail, Return Receipt Requested*

September 22, 2021

Administrator Michael S. Regan
U.S. Environmental Protection Agency
Office of the Administrator (Mailing Code 1101A)
1200 Pennsylvania Avenue NW
Washington, DC 20460

**RE: Notice of Intent to Sue for Failure to Timely Grant or Deny a Petition to Object to the Title V Significant Permit Modification for BP Products North America Inc.'s Whiting Refinery (SPM No. 089-43173-00453)**

Dear Administrator Regan,

Pursuant to 42 U.S.C. § 7604(b)(2) of the Clean Air Act, the Environmental Integrity Project and Sierra Club (collectively, "Petitioners") are writing to provide you with Petitioners' notice of intent to file suit against you in your official capacity as Administrator of the U.S. Environmental Protection Agency for failure to timely respond to our July 22, 2021 petition to object to the proposed Title V Significant Permit Modification 089-43173-00453 ("Proposed Permit" or "Permit") issued by the Indiana Department of Environmental Management ("IDEM") on June 2, 2021 to BP Products North America, Inc. ("BP") for the operation of Whiting Refinery located in Lake County, Indiana. Petitioners' July 22, 2021 petition to object is included with this notice letter (excluding the petition's attachments). *See* Attachment A.[1]

**Authority to Bring Suit**

Section 304(a)(2) of the Clean Air Act provides that "any person may commence a civil action on his own behalf" against the EPA Administrator "where there is alleged a failure of the Administrator to perform any act or duty under this chapter which is not discretionary with the Administrator." 42 U.S.C. § 7604(a)(2). The district courts have jurisdiction over these suits. 42 U.S.C. § 7604(a). Title V of the Clean Air Act imposes a nondiscretionary duty upon the Administrator to grant or deny a timely petition to object to the issuance of a federal operating permit on the basis that it is not in compliance with the requirements of the Clean Air Act, including the requirements of any applicable State implementation plan. 42 U.S.C. § 7661d(b)(2) ("The Administrator shall grant or deny such petition within 60 days after the petition is filed" and "shall issue an objection within such period if the petitioner demonstrates to the Administrator that the permit is not in compliance with the requirements" of the Clean Air Act).

---

[1] The petition is also available on EPA's public Title V petition database, at the following direct link: https://www.epa.gov/system/files/documents/2021-07/bp-whiting-petition_7-22-21.pdf

## Relief Requested

Pursuant to 42 U.S.C. § 7661d(b)(2), the deadline for the Administrator's response to the July 22, 2021 petition was September 20, 2021. As Petitioners have yet to receive a response from EPA to their petition, EPA has failed to respond to the petition within 60 days as required by 42 U.S.C. § 7661d(b)(2). In accordance with § 7604(b)(2), this letter serves to notify you that upon the expiration of the 60-day period after the postmarked date of this letter, Petitioners intend to file suit in a federal district court requesting the following relief:

- An order compelling you to grant or deny the petition within 60 days (or less) from the date of the court's order;

- Petitioners' costs of litigation, including attorneys' fees, filing fees, and other reasonable litigation costs; and

- Any other relief as may be just or appropriate.

## Conclusion

If you believe any of the above information is incorrect, would like to discuss settlement of this matter prior to the initiation of litigation and take and steps to redress the allegations above, or have any questions concerning this letter, please contact me at your earliest convenience by phone at (202) 263-4441 or email at slee@environmentalintegrity.org.

Respectfully,

/s/_Sanghyun Lee___
Sanghyun Lee
Attorney
Environmental Integrity Project
1000 Vermont Avenue NW, Suite 1100
Washington, DC 20005
(202) 263-4441
slee@environmentalintegrity.org

**Enclosed:**
Attachment A – July 22, 2021 Petition for Objection to Permit Number SPM 089-43173-00453

**CC (via electronic mail):**

Jenny Acker, Permits Branch Chief
Indiana Department of Environmental Management, Office of Air Quality

Jessica Gonzalez, Senior Counsel
US HSSE & Refining
BP America Inc.

2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Administrator Michael S. Regan
   U.S. Environmental Protection Agency
   Office of the Administrator
   Mailing Code 1101A
   1200 Pennsylvania Avenue NW
   Washington, DC 20460

   9590 9402 6930 1104 0504 98

2. Article Number *(Transfer from service label)*

   7021 0950 0001 5514 6569

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
   SEP 23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

**From:** auto-reply@usps.com
**To:** Sanghyun Lee
**Subject:** USPS® Item Delivered, Front Desk/Reception/Mail Room 70210950000155146569
**Date:** Monday, November 8, 2021 4:40:37 PM



Hello **Sanghyun Lee**,

Your item was delivered to the front desk, reception area, or mail room at 11:53 am on September 23, 2021 in WASHINGTON, DC 20460.

Tracking Number:
**70210950000155146569**



**Delivered, Front Desk/Reception/Mail Room**

Tracking & Delivery Options

My Account



Visit **USPS Tracking**® to check the most up-to-date status of your package. Sign up for **Informed Delivery**® to digitally preview the address side of your incoming letter-sized mail and manage your packages scheduled to arrive soon! To update how frequently you receive emails from USPS, log in to your **USPS.com** account.

Want regular updates on your package? **Set up text alerts**.





Download USPS Mobile®

[USPS.com](USPS.com) | [Privacy Policy](Privacy Policy) | [Customer Service](Customer Service) | [FAQs](FAQs)

Delivery date and time depends on origin, destination and Post Office™ acceptance time and is subject to change. Delivery options are subject to restrictions and may not be available for your item.

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2017. All rights reserved.