UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL REGAN, *in his official capacity as Administrator of the U.S. Environmental Protection Agency*, <br><br> Defendant. | Case No. 1:21-cv-3096 (FYP) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Environmental Integrity Project and Sierra Club respectfully provide notice of the voluntary dismissal of this action with prejudice. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Defendant has filed neither an answer nor a motion for summary judgment.

Furthermore, on May 3, 2022, the parties informed the Court that the parties had executed an agreement on attorneys' fees that resolved Plaintiffs' claim for attorneys' fees and costs, and jointly requested that the Court stay these proceedings until August 11, 2022 to allow sufficient time for the United States Department of Treasury to process and remit payment. *See* Dkt. 12 (Joint Status Report & Joint Motion to Extend Stay). The payment in question has since been remitted. Consequently, no further claims remain, and this action has now been fully resolved. Voluntary dismissal with prejudice pursuant to Rule 41(a)(1) is therefore appropriate.

2

Respectfully submitted this the 2nd Day of June, 2022,

                                                          *s/ Sanghyun Lee*
Sanghyun Lee
DC Bar No. 1632212
Environmental Integrity Project
1000 Vermont Avenue NW, Suite 1100
Washington, DC 20005
Telephone: (202) 263-4441
Facsimile: (202) 296-8822
SLee@environmentalintegrity.org

*Counsel for Plaintiffs*